*02-10205 RWZ*

RECEIPT # _5-4948_
AMOUNT $ _5.00_
SUMMONS ISS. _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY CLK. _____
OR 121 _____
BY CLK _____
_4-1-04_

# FORM TO BE USED BY A FEDERAL PRISONER IN FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. SECTION 2241

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS BOSTON DIVISION

JAMES W. LAGROTTERIA
**PETITIONER**

**04 - 10633 RWZ**

*Referred to MJ JZ Already*

CASE NO. _CR10205-002_

**vs.**

UNITED STATES OF AMERICA;
**RESPONDENT**
ROBERT E. McFADDEN, Warden

---

**PLEASE COMPLETE THE FOLLOWING:**   (Check Appropriate Space)

**1:**  **This Petition concerns:**
A: _____ A Conviction

B: __X__ A Sentence

C: _____ Jail or Prison Conditions

D: _____ Prison Discipline

E: _____ A Parole Problem

F: _____ Other

**2:**  **Place of Detention:** Federal Satellite Low, 2680 Highway 301 South, Jesup, GA 31599

**3:**  **Name and location of Court which imposed sentence.** United States District Court, Boston Massachusetts 02109

4: The Indictment number or numbers (if known) upon which, and the Offense or Offenses for which sentence was imposed: Unknown

A: _____

B: _____

C: _____

5: The date upon which sentence was imposed and the terms of the Sentence:

A: November 20, 2002 _____

B: _____

C: _____

6: Check whether a finding of guilty was made:

A: ____X____ After a Plea of Guilty.

B: _____ After a Plea of Not Guilty.

C: _____ After a Plea of Nolo Contendere.

7: If you were found guilty after a plea of not guilty, check whether that finding was made by: N/A

A: _____ A jury

B: _____ A Judge without a jury

8: Did you appeal from the judgement of conviction or the imposition of sentence:

_____ Yes          ____X____ No

9: If you did appeal, give the following information for each appeal.

1: Name of Court: ____N/A_____

2: Result: _____

3: Date of Result: _____

4: Citation or number of opinion:_____

5.  Grounds raised (list each):  N/A

    A: _____

    B: _____

    C: _____

    D: _____

    CAUTION:  If you are attacking a sentence imposed under a
             Federal Judgment, you must first file a direct
             appeal or motion under 28 U.S.C. Section 2255 in
             the Federal Court which entered the judgment.

10:  State concisely every ground on which you claim that you are
being held unlawfully.  Summarize briefly the facts supporting
each ground.  If necessary, attach a single page behind this
page.

    CAUTION:  If you fail to set forth all grounds in this
             petition you may be barred from presenting add-
             itional ground at a later date.

**A. Ground One:** Effective November 1, 2003, the Drug Equivalency Ta-

bles in U.S.S.G.  201.1 were amended regarding Oxycodone.  The amended

provision instructs federal sentencing courts to consider the weight of

the actual oxycodene.  Because of the amended provision, I am eligible
for a sentence reduction.

**B. Ground Two:** _____

_____

_____

**C. Ground Three.** _____

_____

_____

**D. Ground Four.** _____

_____

_____

11:  Have you filed previous petitions for Habeas Corpus, Motions
     under Section 2255 of Title 28 U.S.C., or other applications
     petitions, or motions with respect to this conviction?

                    _____ Yes        _____X_____ No

12:  If your answer to question 11 was "yes", give the following
     information:   N/A

     A.  Name of Court:_____

     B.  Nature of Proceedings: _____

     C.  Grounds Raised: _____

     D.  Result: _____

     E.  Date of Result:_____

     F.  Citation or number of any written opinion or order entered
         pursuant to each such disposition:  N/A

         _____

13:  If you did not file a motion under Section 2255 of Title 28
     U.S.C., or if you filed a motion and it was denied state why
     your remedy by way of such motion is inadequate or ineffective
     to test the legality of your detention.   N/A

         _____

         _____

         _____

14:  Are you presently represented by counsel?

                    _____ Yes        ___X_____ No

15:  If you are seeking leave to proceed In Forma Pauperis, have
     you completed the declaration setting forth the required in-
     formation?

                    _____ Yes        ___X_____ No

Wherefore, the petitioner prays that this Court grant the relief in which the petitioner may be justly entitled in this proceeding.

I hereby declare under penalty of perjury of the Laws of the United States of America and pursuant to Title 21 U.S. C. Section 1746, that the foregoing Writ of Habeas Corpus is true and correct to the best of my knowledge.

On this __1st__ day of ___March_____, ~~199~~ 2004

Signature of Petitioner
James W. Lagrotteria
Rg.: 47132-004
Federal Satellite Low
2650 Highway 301 South
Jesup, GA 31599

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

*Federal Correctional Institution*

---

*2600 Highway 301 South*
*Jesup, Georgia 31599*

January 23, 2004

MEMORANDUM FOR FEDERAL INMATE POPULATION

FROM:       /s/
            Robert E. McFadden, Warden

SUBJECT:    Retroactive Application of U.S. Sentencing Guidelines
            Amendment Concerning Oxycodone Offenses

This memorandum notifies federal inmates of a recent U.S.
Sentencing Guidelines (U.S.S.G.) amendment which may affect inmates
serving sentences for federal offenses involving oxycodone.

Effective November 1, 2003, the Drug Equivalency Tables in
U.S.S.G. § 2D1.1 were amended regarding oxycodone, an opiate found in
prescription painkillers such as Percocet and OxyContin.  The amendment
changed the method of weighing oxycodone for purposes of determining
offense levels.  The amended provision instructs federal sentencing
courts to consider the weight of the actual oxycodone, rather than the
total weight of the pill which has oxycodone as an ingredient.  A copy
of Amendment 657, U.S.S.G. App. C, is attached to this memorandum for
your review.

The U.S. Sentencing Commission decided this amendment should apply
retroactively.  Consequently, inmates sentenced for oxycodone offenses
before the amendment may be eligible for a sentence reduction because
the re-calculated weight of their drugs may result in lesser offense
levels and resulting sentences.

**Inmates who believe they may be eligible for such a sentence
reduction must obtain an amended criminal judgement from their
sentencing courts before the Bureau of Prisons can adjust their
sentence calculations.**  Inmates should seek legal assistance from their
private legal counsel, public defender, or other personal legal
resources in raising the issue with their sentencing courts.

*02 · 10205 · RWZ*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2004, I mailed a copy of the above and foregoing to, The US Prosecutors Office, c/o The United States Courthouse, attn: US Prosecutor, 1 Courthouse Way, Boston, Massachusetts 02210, postage prepaid.

James W. Lagrotteria