IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES W. LAGROTTERIA,

   Petitioner,

V

UNITED STATES OF AMERICA,

   Respondent,

_____/

Civil Action No.
04-10633-RWZ

## MOTION TO WITHDRAW PETITIONER'S
## PENDING MOTION PURSUANT TO 28 U.S.C. § 2241

**COMES NOW**, Petitioner, James W. Lagotteria (hereinafter Lagrotteria), pro se, and respectfully request that this Honorable Court issue an Order allowing Petitioner to withdraw his pending motion pursuant to 28 U.S.C. § 2241 without prejudice.

Lagotteria cites **HAINES V. KERNER**, 404 U.S. 519 (1972) and requests this Court to construe this pro se motion

liberally, and as grounds for granting this motion, Lagrotteria being duly deposed states as follows:

1. That I am the above named Petitioner in this action.

2. That I wish to voluntarily withdraw the 28 U.S.C. § 2241 I now have pending before this court.

3. That the § 2241 motion is the wrong vehicle in which properly present this issue.

4. That I request that this Court does not retitle this pending motion as a § 3582.

5. That I be allowed to withdraw the pending motion without prejudice.

6. That in the interest of justice that this Honorable Court issue an Order granting this petition.

Respectfully submitted,

*[signature]*
JAMES W. LAGROTTERIA
F.S.L. 47132-004
2650 Highway 301 South
Jesup, Georgia 31599

5/12/04
DATE

### CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of May, 2004 I have served upon Sandra S. Bower, AUSA, 1 Courthouse Way, Suite 9200, Boston Ma. 02210 a copy of the foregoing legal document by United States mail with the correct postage attached.

*[signature]*
JAMES W. LAGROTTERIA