UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JAMES W. LAGROTTERIA</u>
    Petitioner

    V.

<u>UNITED STATES OF AMERICA</u>
    Respondent

CIVIL ACTION

CA 04-10633-RWZ

## <u>ORDER OF DISMISSAL</u>

<u>ZOBEL  D. J.</u>

In accordance with the Court's Endorsed Order dated <u> 6/2/04 </u> summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2241, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>  6/3/04  </u>
  Date

<u>  s/ Lisa A. Urso  </u>
  Deputy Clerk